IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VAUGHN GREENE<br>also known as<br>Smooth,<br><br>  Defendant. | CRIMINAL FILE NO.<br><br>1:08-CR-153-3-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 301] of the Magistrate Judge recommending dismissing the Motion to Vacate Sentence [Doc. 299] as successive and denying a Certificate of Appealability. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED and no Certificate of Appealability will be granted.

SO ORDERED, this 22 day of December, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge